UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case NO: 16-23194-CV-COOKE/TORRES

ANITA BARNWELL,
    Plaintiff,

vs.

ROBERT MCDONALD,
    Defendant.

---

**PLAINTIFF'S MOTION TO COMPEL DEPOSITIONS OF DEFENDANT'S WITNESSES**

Plaintiff Anita Barnwell, by and through her undersigned counsel, and pursuant to Fed. R. Civ. P. 60(b)(1), moves for this Honorable Court to Reconsider its May 15, 2017, Order Granting Defendant's Motion to Compel, and in support thereof states:

Pursuant to Fed. R. Civ. O. Rule 37,

    Pursuant to Fed. R. Civ. P. Rule 37,

1) On January 12, 2017 Plaintiff requested dates to depose eight (8) witnesses, as listed in the attached correspondence.

2) Plaintiff still required depositions of seven (7) witnesses: Roberta Watson, Olga Monell, Loretta Harris, Donna Bernard, Claude Seth, Jean Brookes, and Defendant's Corporate Representative with the most knowledge as to the issues regarding this case. (*See* correspondence from Plaintiff dated January 12, 2017, attached as Exhibit "A").

3) In response, Defendant requested information on length of the deposition, and areas of inquiry for Defendant's Corporate Representative, which Plaintiff provided.

4) On March 22, 2017, April 20, 2017, and April 27, 2017, Plaintiff requested dates to take witness deposition. (*See* correspondence from Plaintiff dated March 22, 2017, attached as Exhibit "B," correspondence from Plaintiff dated April 20, 2017, attached as Exhibit "C", and correspondence from Plaintiff dated April 27, 2017, attached as Exhibit "D").

5) Despite all of these attempts, Defendant failed to provide any deposition dates to Plaintiff.

6) Due to Defendant's failure to provide dates for depositions of each respective witness, Plaintiff seeks an order compelling Defendant to provide dates for Plaintiff to take depositions of Roberta Watson, Olga Monell, Loretta Harris, Donna Bernard, Claude Seth, Jean Brookes, and Defendant's Corporate Representative with the most knowledge as to the issues regarding this case.

7) Despite plaintiff's good faith attempt to confer with Defendant to resolve this dispute, Defendant failed to provide deposition dates for all the witnesses listed above

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Counsel for Plaintiff has made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in the motion, by calling and providing written correspondence on May 19, 2017, but has been unable to do so.

Respectfully submitted,

*[signature]*

Jason N. Rozencweig, Esq.,
FL Bar No.: 0105528
E-Mail: gadeservice@gmail.com
395 Alhambra Circle, Suite 301
Coral Gables, FL  33134
(305) 569-9982
Attorneys for Plaintiff Anita Barnwell

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was filed and sent via CM/ECF to Defendant's counsel Maureen Donlan, Assistant United States Attorney, on this 19th day of May, 2017.

*[signature]*

Jason N. Rozencweig, Esq.

3