UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-23194-CV-COOKE/TORRES

ANITA BARNWELL,
    Plaintiff,

vs.

DAVID J. SHULKIN, SECRETARY
UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS,
    Defendant.
_____/

## DEFENDANT'S ANSWER TO AMENDED COMPLAINT
## AND AFFIRMATIVE DEFENSES

The Defendant, David J. Shulkin, Secretary, United States Department of Veterans Affairs, answers Plaintiff's Amended Complaint and states as follows:

1.    Defendant admits that Plaintiff has brought this action for alleged discrimination, but denies that the Plaintiff is entitled to any recovery under the federal statutes.

2.    Paragraph 2 is denied.

3.    Paragraph 3 is denied.

4.    Paragraph 4 is denied.

### Parties

5.    Defendant is without sufficient information or knowledge to admit or deny Paragraph 5 and therefore denies the same.

6. The current Secretary, United States Department of Veterans Affairs is David J. Shulkin. The remaining allegations of Paragraph 6 are admitted.

## Background Facts

7. Defendant admits that the Plaintiff worked for the VA for over 30 years and joined the Miami VA in 1980. The remaining allegations, if any, are denied.

8. Defendant states that the Plaintiff was employed as a Supervisory Program Support Assistant, Assistant Chief, Ambulatory Care, a GS-9 position in November 2011. The remaining allegations of Paragraph 8 are denied.

9. Paragraph 9 is denied.

10. Defendant is without sufficient information or knowledge to admit or deny Paragraph 10 and therefore denies the same.

11. Paragraph 11 is denied.

12. Paragraph 12 is admitted.

13. Paragraph 13 is denied.

14. Paragraph 14 is denied.

15. Defendant admits that the Plaintiff filed a formal EEOC complaint on January 23, 2014. The remaining allegations of Paragraph 15 are denied.

16. Paragraph 16 is denied.

17. Paragraph 17 is denied.

18. Paragraph 18 is denied.

19. Defendant is without sufficient information or knowledge to admit or deny Paragraph 19 and therefore denies the same.

20. Paragraph 20 is denied.

21. Paragraph 21 is denied.

22. Paragraph 22 is denied.

23. Paragraph 23 is denied.

24. Paragraph 24 is denied.

25. Paragraph 25 is denied.

### Count I: Discrimination

26. See Defendant's responses to Paragraphs 1 through 25.

27. Paragraph 27 is admitted.

28. Paragraph 28 is denied.

29. Paragraph 29 is denied.

### Count II: Retaliation

30. See Defendant's responses to Paragraphs 1 through 25.

31. Paragraph 31 is denied.

32. Paragraph 32 is denied.

### Count III: Discrimination

33. See Defendant's responses to Paragraphs 1 through 25.

34. Paragraph 34 is admitted.

35. Paragraph 35 is denied.

36. Paragraph 36 is denied.

37. Paragraph 37 is denied.

38. Paragraph 38 is denied.

39. Paragraph 39 is denied.

Any allegations in the Amended Complaint not specifically admitted are hereby denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff's Amended Complaint fails to state a claim upon which relief may be granted.

2. Plaintiff's Amended Complaint fails to establish a prima facie case of Title VII discrimination or retaliation.

3. Plaintiff has failed to exhaust her administrative remedies.

4. Defendant has not waived its sovereign immunity to allow trial by jury as to back pay or other equitable remedies provided under 42 U.S.C. § 2000e-5(g).

5. Defendant had legitimate non-retaliatory reasons for its actions with respect to Plaintiff.

6. There is no right to a jury trial or compensatory damages under the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq.

7. Plaintiff's claims are barred to the extent they exceed the scope of Plaintiff's administrative claim.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:   s/ Maureen Donlan
MAUREEN DONLAN
Assistant United States Attorney
Florida Bar No. 298034
E-mail: Maureen.Donlan@usdoj.gov
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9334
Fax: (305) 530-7139
Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of October, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via CM/ECF.

*s/Maureen Donlan*
MAUREEN DONLAN
Assistant United States Attorney